*Jacob D. Fuchsberg* and *B. Hoffman Miller* for appellant.

*Benjamin H. Siff*, *Frederick Mellor* and *John Tullman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: DESMOND, DYE, FROESSEL, VAN VOORHIS and BURKE, JJ. CONWAY, Ch. J., and FULD, J., dissent and vote to reverse and to grant a new trial upon the ground that the record presents a question of fact for the jury as to contributory negligence.

LONG ISLAND LAND RESEARCH BUREAU, INC., Respondent, *v.* TOWN OF HEMPSTEAD, Appellant.

Argued January 20, 1955; decided March 3, 1955.

*John A. Morhous, Town Attorney (Harriette B. Norris* of counsel), for appellant.

*Mildred McGinity* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.

HARRY WALLER, Respondent, *v.* CITY OF NEW YORK, Appellant.

Argued January 17, 1955; decided March 3, 1955.